# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160412(20)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DEANGELO TAJUAN JONES,
   Defendant-Appellant.

SC: 160412
COA: 350851
Wayne CC: 94-005655-FC

_____/

   On order of the Court, the motion for reconsideration of this Court's March 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020

Clerk

a0831